THE PEOPLE OF THE STATE OF NEW YORK ex rel. BANK FOR SAVINGS IN THE CITY OF NEW YORK, Appellant, against JOSEPH LILLY et al., Constituting the Tax Commission of the City of New York, Respondents.

Argued June 8, 1948; decided July 16, 1948.

*Melville Southard* for appellant.

*John P. McGrath, Corporation Counsel* (*Edith I. Spivack, William F. Murphy* and *Morris Handel* of counsel), for respondents.

Order affirmed, with costs; no opinion.